**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00463-CV
_____

**CHRISTOPHER MICHAEL DUPUY, Appellant**

**V.**

**HEATHER RENE WILLIAMS, Appellee**

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2019-18982**

## ORDER

Appellant's reply brief filed July 12, 2021, discloses sensitive data. *See* Tex. R. App. P. 9.9(a)(3). Appellant filed an amended reply brief on July 14, 2021. Accordingly, the appellant's reply brief filed July 12, 2021, is STRICKEN.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.